**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1174**

EMMETT JOHNSON JAFARI,

        Plaintiff - Appellant,

    v.

THE OLD DOMINION TRANSIT MANAGEMENT COMPANY, a/k/a The
Greater Richmond Transit Company (GRTC),

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  John A. Gibney, Jr.,
District Judge. (3:08-cv-00629-JRS-DJN)

Submitted:  July 29, 2013        Decided:  August 12, 2013

Before TRAXLER, Chief Judge, and DUNCAN and AGEE, Circuit
Judges.

Affirmed by unpublished per curiam opinion.

Emmett Johnson Jafari, Appellant Pro Se.  Sarah Bruscia,
Patricia Sjoblom Gill, Ryan Ayers Glasgow, Gregory Branch
Robertson, Charles Randolph Sullivan, HUNTON & WILLIAMS, LLP,
Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Emmett Johnson Jafari appeals the district court's order granting GRTC's motion for summary judgment in Jafari's action alleging common law defamation and retaliation in violation of the Fair Labor Standards Act, and a subsequent order denying Jafari's Fed. R. Civ. P. 59(e) motion to alter or amend judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Jafari v. The Old Dominion Transit Mgmt. Co., No. 3:08-cv-00629-JRS-DJN (E.D. Va. Dec. 20, 2012 & Jan. 7, 2013). We further deny Jafari's motion to strike GRTC's informal response brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED